Lawrence J. Gornick (SBN 136290)
Steven B. Stein (SBN 52829)
**LEVIN SIMES KAISER & GORNICK LLP**
44 Montgomery Street, 36th Floor
San Francisco, California 94104
Tel: (415) 646-7160
Fax: (415) 981-1270

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD GORE and CATHY GORE (CA); <br><br> BARBARA WITHEY and EDWARD WITHEY (CA); <br><br> CAROL VROMAN and DAVID VROMAN (FL); <br><br> MARAGARET KENNEDY and KENNETH KENNEDY (FL); <br><br> MARTIN GOLDENBAUM and SHEREE GOLDENBAUM (FL); <br><br> DANA AIDALA and RHONDA MOONEY-AIDALA (NY); <br><br> RICHARD KRANZ and BETTY KRANZ (NY); <br><br> RUFUS THAMES and ALICE THAMES (AL); <br><br> PATRICE JORDAN (MD), <br><br>　　　　　Plaintiffs, <br><br> vs. <br><br> PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC, <br><br>　　　　　Defendants. | Docket No.: 3:06-CV-2815-CRB <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE APPLICABLE TO BEXTRA CLAIM OF RICHARD KRANZ, DECEASED** |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto that the action of BETTY KRANZ, as Executrix of the Estate of RICHARD KRANZ, and Defendants PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC, only, shall be dismissed in its entirety, with prejudice. This dismissal shall not and does not apply to the claims asserted by the remaining plaintiffs within the entire action.

DATED: 7/11/09

By: _____
Steven B. Stein
Attorney for All Plaintiffs

DATED: January 11, 2010

By: _____
Attorney for Defendants PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Good cause appearing therefore, IT IS HEREBY ORDERED that the action of BETTY KRANZ, |
| 3 | as Executrix of the Estate of RICHARD KRANZ, and Defendants PFIZER, INC., PHARMACIA |
| 4 | CORPORATION and G.D. SEARLE, LLC, only, is dismissed in its entirety with prejudice. This |
| 5 | dismissal does not apply to the claims asserted by the remaining plaintiffs within the entire action. |

DATED: JAN 1 9 2010

_____
The Honorable Charles Breyer
Judge of the United States District Court