Lawrence J. Gornick (SBN 136290)
Steven B. Stein (SBN 52829)
**LEVIN SIMES KAISER & GORNICK LLP**
44 Montgomery Street, 36th Floor
San Francisco, California 94104
Tel: (415) 646-7160
Fax: (415) 981-1270

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD GORE and CATHY GORE (CA); | Docket No.: 3:06-CV-2815-CRB |
| BARBARA WITHEY and EDWARD WITHEY (CA); | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE APPLICABLE TO BEXTRA CLAIM OF BERNARD GORE AND CATHY GORE** |
| CAROL VROMAN and DAVID VROMAN (FL); | |
| MARAGARET KENNEDY and KENNETH KENNEDY (FL); | |
| MARTIN GOLDENBAUM and SHEREE GOLDENBAUM (FL); | |
| DANA AIDALA and RHONDA MOONEY-AIDALA (NY); | |
| RICHARD KRANZ and BETTY KRANZ (NY); | |
| RUFUS THAMES and ALICE THAMES (AL); | |
| PATRICE JORDAN (MD), | |
| Plaintiffs, | |
| vs. | |
| PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC, | |
| Defendants. | |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | IT IS HEREBY STIPULATED by and between the parties hereto that the action of BERNARD |
| 3 | GORE and KATHY GORE, and Defendants PFIZER, INC., PHARMACIA CORPORATION and G.D. |
| 4 | SEARLE, LLC, only, shall be dismissed in its entirety, with prejudice. This dismissal shall not and does |
| 5 | not apply to the claims asserted by the remaining plaintiffs within the entire action. |

DATED: 12-3-09        By: _____
                          Jeffrey A. Kaiser
                          Attorney for All Plaintiffs

DATED: 2/22/2010      By: _____
                          Attorney for Defendants PFIZER, INC.,
                          PHARMACIA CORPORATION and G.D.
                          SEARLE, LLC

---

Gore DWP.docx                - 2 -        STIPULATION AND [PROPOSED] ORDER FOR
                                          DISMISSAL WITH PREJUDICE APPLICABLE TO
                                          BEXTRA CLAIM OF BERNARD GORE AND
                                          CATHY GORE

## [PROPOSED] ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the action of BERNARD GORE and KATHY GORE, and Defendants PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC, only, is dismissed in its entirety with prejudice. This dismissal does not apply to the claims asserted by the remaining plaintiffs within the entire action.

DATED: APR - 5 2010

The Honorable Charles Breyer
Judge of the United States District Court