1  Lawrence J. Gornick (SBN 136290)
   Steven B. Stein (SBN 52829)
2  **LEVIN SIMES KAISER & GORNICK LLP**
   44 Montgomery Street, 36th Floor
3  San Francisco, California 94104
   Tel: (415) 646-7160
4  Fax: (415) 981-1270

5  Attorneys for Plaintiffs

6

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

11  BERNARD GORE and CATHY GORE (CA);        )   Docket No.: 3:06-CV-2815-CRB
                                             )
12  BARBARA WITHEY and EDWARD WITHEY         )
    (CA);                                    )
13                                           )   **STIPULATION AND [PROPOSED]**
                                             )   **ORDER FOR DISMISSAL WITH**
14  CAROL VROMAN and DAVID VROMAN (FL);      )   **PREJUDICE APPLICABLE TO BEXTRA**
                                             )   **CLAIM OF RUFUS THAMES AND**
15  MARAGARET KENNEDY and KENNETH            )   **ALICE THAMES**
    KENNEDY (FL);                            )
16                                           )
    MARTIN GOLDENBAUM and SHEREE             )
17  GOLDENBAUM (FL);                         )
                                             )
18  DANA AIDALA and RHONDA MOONEY-           )
    AIDALA (NY);                             )
19                                           )
    RICHARD KRANZ and BETTY KRANZ (NY);      )
20                                           )
    RUFUS THAMES and ALICE THAMES (AL);      )
21                                           )
    PATRICE JORDAN (MD),                     )
22                                           )
                Plaintiffs,                  )
23                                           )
         vs.                                 )
24                                           )
                                             )
25  PFIZER, INC., PHARMACIA CORPORATION      )
    and G.D. SEARLE, LLC,                    )
26                                           )
                Defendants.                  )
27                                           )
                                             )
28  _____

---

Thames DWP.docx            - 1 -        STIPULATION AND [PROPOSED] ORDER FOR
                                        DISMISSAL WITH PREJUDICE APPLICABLE TO
                                        BEXTRA CLAIM OF RUFUS THAMES AND
                                        ALICE THAMES

1

**STIPULATION**

2    IT IS HEREBY STIPULATED by and between the parties hereto that the action of RUFUS

3    THAMES and ALICE THAMES, and Defendants PFIZER, INC., PHARMACIA CORPORATION and

4    G.D. SEARLE, LLC, only, shall be dismissed in its entirety, with prejudice.  This dismissal shall not

5    and does not apply to the claims asserted by the remaining plaintiffs within the entire action.

6

7    DATED: _____12-3-05_____     By:_____

8                                                                          Jeffrey A. Kaiser
                                                                             Attorney for All Plaintiffs
9

10   DATED:_____2/22/2010_____        By: _____

11                                                                        Attorney for Defendants PFIZER, INC.,
                                                                            PHARMACIA CORPORATION and G.D.
12                                                                        SEARLE, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH  PREJUDICE APPLICABLE TO
BEXTRA CLAIM OF RUFUS THAMES AND
ALICE THAMES

1

## [~~PROPOSED~~] ORDER

2      Good cause appearing therefore, IT IS HEREBY ORDERED that the action of RUFUS

3    THAMES and ALICE THAMES, and Defendants PFIZER, INC., PHARMACIA CORPORATION and

4    G.D. SEARLE, LLC, only, is dismissed in its entirety with prejudice.  This dismissal does not apply to

5    the claims asserted by the remaining plaintiffs within the entire action.

6

7    DATED:        APR - 5 2010        _____

8                                     The Honorable Charles Breyer
                                      Judge of the United States District Court
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Thames DWP . docx                   - 3 -       STIPULATION AND [PROPOSED] ORDER FOR
                                                DISMISSAL WITH  PREJUDICE APPLICABLE TO
                                                BEXTRA CLAIM OF RUFUS THAMES AND
                                                ALICE THAMES