Lawrence J. Gornick (SBN 136290)
Steven B. Stein (SBN 52829)
**LEVIN SIMES KAISER & GORNICK LLP**
44 Montgomery Street, 36th Floor
San Francisco, California 94104
Tel: (415) 646-7160
Fax: (415) 981-1270

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD GORE and CATHY GORE (CA); | Docket No.: 3:06-CV-2815-CRB |
| BARBARA WITHEY and EDWARD WITHEY (CA); | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE APPLICABLE TO BEXTRA CLAIM OF CAROL VROMAN AND DAVID VROMAN** |
| CAROL VROMAN and DAVID VROMAN (FL); | |
| MARAGARET KENNEDY and KENNETH KENNEDY (FL); | |
| MARTIN GOLDENBAUM and SHEREE GOLDENBAUM (FL); | |
| DANA AIDALA and RHONDA MOONEY-AIDALA (NY); | |
| RICHARD KRANZ and BETTY KRANZ (NY); | |
| RUFUS THAMES and ALICE THAMES (AL); | |
| PATRICE JORDAN (MD), | |
| Plaintiffs, | |
| vs. | |
| PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC, | |
| Defendants. | |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto that the action of CAROL VROMAN and DAVID VROMAN, and Defendants PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC, only, shall be dismissed in its entirety, with prejudice. This dismissal shall not and does not apply to the claims asserted by the remaining plaintiffs within the entire action.

DATED: 12-3-05

By: _____
Jeffrey A. Kaiser
Attorney for All Plaintiffs

DATED: 2/22/2010

By: _____
Attorney for Defendants PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Good cause appearing therefore, IT IS HEREBY ORDERED that the action of CAROL |
| 3 | VROMAN and DAVID VROMAN, and Defendants PFIZER, INC., PHARMACIA CORPORATION |
| 4 | and G.D. SEARLE, LLC, only, is dismissed in its entirety with prejudice. This dismissal does not apply |
| 5 | to the claims asserted by the remaining plaintiffs within the entire action. |

DATED:   APR - 5 2010

_____
The Honorable Charles Breyer
Judge of the United States District Court

---

Vroman DWP.docx        - 3 -        STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE APPLICABLE TO BEXTRA CLAIM OF CAROL VROMAN AND DAVID VROMAN