1  Lawrence J. Gornick (SBN 136290)
   Steven B. Stein (SBN 52829)
2  **LEVIN SIMES KAISER & GORNICK LLP**
   44 Montgomery Street, 36th Floor
3  San Francisco, California 94104
   Tel: (415) 646-7160
4  Fax: (415) 981-1270

5  Attorneys for Plaintiffs

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

11 BERNARD GORE and CATHY GORE (CA);        ) Docket No.: 3:06-CV-2815-CRB
                                            )
12 BARBARA WITHEY and EDWARD WITHEY         )
   (CA);                                    ) **STIPULATION AND [PROPOSED]**
13                                          ) **ORDER FOR DISMISSAL WITH**
   CAROL VROMAN and DAVID VROMAN (FL);      ) **PREJUDICE APPLICABLE TO BEXTRA**
14                                          ) **CLAIM OF MARGARET KENNEDY AND**
   MARAGARET KENNEDY and KENNETH            ) **KENNETH KENNEDY**
15 KENNEDY (FL);                            )
                                            )
16 MARTIN GOLDENBAUM and SHEREE             )
   GOLDENBAUM (FL);                         )
17                                          )
   DANA AIDALA and RHONDA MOONEY-           )
18 AIDALA (NY);                             )
                                            )
19 RICHARD KRANZ and BETTY KRANZ (NY);      )
                                            )
20 RUFUS THAMES and ALICE THAMES (AL);      )
                                            )
21 PATRICE JORDAN (MD),                     )
                                            )
22          Plaintiffs,                     )
                                            )
23    vs.                                   )
                                            )
24                                          )
                                            )
25 PFIZER, INC., PHARMACIA CORPORATION      )
   and G.D. SEARLE, LLC,                    )
26                                          )
            Defendants.                     )
27                                          )
                                            )
28

---

Kennedy DWP.docx     - 1 -     STIPULATION AND [PROPOSED] ORDER FOR
                               DISMISSAL WITH PREJUDICE APPLICABLE TO
                               BEXTRA CLAIM OF MARGARET KENNEDY
                               AND KENNETH KENNEDY

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto that the action of MARGARET KENNEDY and KENNETH KENNEDY, and Defendants PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC, only, shall be dismissed in its entirety, with prejudice. This dismissal shall not and does not apply to the claims asserted by the remaining plaintiffs within the entire action.

DATED: 12-3-09

By: _____
Jeffrey A. Kaiser
Attorney for All Plaintiffs

DATED: 2/22/2010

By: _____
Attorney for Defendants PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC

## [PROPOSED] ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the action of MARGARET KENNEDY and KENNETH KENNEDY, and Defendants PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC, only, is dismissed in its entirety with prejudice. This dismissal does not apply to the claims asserted by the remaining plaintiffs within the entire action.

DATED: APR - 5 2010

The Honorable Charles Breyer
Judge of the United States District Court